IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**KATHY DICKINSON**                                                                                          **PLAINTIFF**

v.                                                      CIVIL ACTION NO. 2:17-CV-120-KS-MTP

**BRAD HUDDLESTON,** *et al.*                                                                    **DEFENDANTS**

## ORDER

On July 30, 2018, Defendant United Auto Delivery & Recovery, Inc. filed a Motion in Limine [39]. Due to the scheduled pretrial conference, an abbreviated briefing schedule is necessary. Plaintiff shall respond to the motion on or before **August 9, 2018**, and Defendant shall reply on or before **August 14, 2018**.

SO ORDERED AND ADJUDGED this 31st day of July, 2018.

                                             /s/ Keith Starrett
                                           KEITH STARRETT
                                           UNITED STATES DISTRICT JUDGE